IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of TILMO PAINTING LLC,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>KIEWIT BUILDING GROUP INC., TRAVELERS CASUALTY & SURETY CO OF AMERICA,<br><br>　　　　　Defendants. | Case No. 3:12-cv-00032-TMB |

## ORDER TO DISMISS

The parties to this action, having stipulated and agreed that the above-captioned action, including all claims and counterclaims that were or could have been asserted therein be dismissed on the merits, and with prejudice.

IT IS SO ORDERED.

DATED this 28th day of December, 2012.

　　　　　　　　　　　　　　　　/s/ Timothy M. Burgess
　　　　　　　　　　　　　　　　TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　U. S. DISTRICT COURT JUDGE